# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Rogelio Gaspar-Padilla

                V.                **JUDGMENT IN A CIVIL CASE**

United States of America

                                  CASE NUMBER:    10CR3510-BTM/11CV2205-BTM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court grants defendants request to withdraw motion and Dismisses the Motion without prejudice.

| December 9, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON December 9, 2011