# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Rogelio Gaspar-Padilla

**V.**

United States of America

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10CR3510-BTM/11CV2205-BTM

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court grants defendants request to withdraw motion and Dismisses the Motion without prejudice.

| December 9, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON December 9, 2011 |